STATE OF NEW JERSEY v. FREDERICK WILKS.

March 27, 1984.

Petition for certification denied.

———

ELAINE WHALEN v. BOARD OF EDUCATION OF THE
BOROUGH OF SAYREVILLE, MIDDLESEX COUNTY.

March 27, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 453)

———

ARISTO–MANIS CORP. v. STRATOS DINERS LTD.
AND 246 WANAQUE AVENUE, INC.

March 27, 1984.

Petition for certification denied.

———

EXXON CORPORATION v. TOWNSHIP OF EAST BRUNSWICK
AND SIDNEY GLASER, DIRECTOR, DIVISION
OF TAXATION.

March 27, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 329)